# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| The United States of America for the use and benefit of Robert Lloyd Electric Co., Inc., <br><br> Plaintiff, <br><br> v. <br><br> Fluor Enterprises, Inc., et al., <br><br> Defendant. | Civil Action No.: 6:19-cv-2419-BHH |

## ORDER EXTENDING DEADLINE
## FOR THE COMPLETION OF FACT DISCOVERY

The Court, having reviewed the Joint Motion for an Extension to the Fact Discovery Deadline and it appearing that good cause exists for the granting of such Motion, it is hereby ordered:

1. The deadline for the completion of fact discovery is extended for an additional thirty (30) days from March 27, 2020 to April 27, 2020.

2. All other deadlines in the Joint Conference and Scheduling Order, dated October 3, 2019 (ECF No. 36) shall remain unchanged.

**IT IS SO ORDERED.**

/s/Bruce Howe Hendricks
United States District Judge

March 6, 2020
Greenville, South Carolina