**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| The United States of America for the use and benefit of Robert Lloyd Electric Co., Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Fluor Enterprises, Inc., et al.,<br>Defendants. | **Civil Action No.: 6:19-cv2419-BHH**<br><br><br><br>**CONSENT AMENDED SCHEDULING ORDER** |

The Court, having granted the parties' Joint Motion for a new Scheduling Order, hereby establishes the following schedule for this case:

1. The deadline for completion of fact discovery shall be **no later than August 18, 2020**.

2. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **August 24, 2020**.

3. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **September 21, 2020**.

4. All expert discovery, including expert depositions, shall be completed not later than **November 21, 2020. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 and have had a telephone conference with Judge Hendricks in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such motion.**

5. Mediation shall be completed in this case on or before **November 21, 2020**. See the Mediation Order filed in this case which sets forth mediation requirements.

6. All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12 and those relating to the admissibility of evidence at trial, shall be filed on or before **December 11, 2020**. (Fed. R. Civ. P. 16(b)(3)(A)).

7. This case is subject to being called for trial the later of sixty (60 days after dispositive motions have been resolved or on or after **March 4, 2021**. Once a specific trial date is scheduled, a NOTICE will be issued at that time. The Notice will set forth deadlines for the Fed. R. Civ. P. 26(a)(3) pretrial disclosures and objections, Motions in Limine, Pretrial Briefs and marking of exhibits.

**AND IT IS SO ORDERED:**

s/Bruce Howe Hendricks<br>
United States District Judge

May 13, 2020

Greenville, South Carolina

16170146