# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# GREENVILLE DIVISION

| | |
|---|---|
| The United States of America for the use and benefit of Robert Lloyd Electric Co., Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Fluor Enterprises, Inc., et al.,<br><br>Defendants. | Civil Action No.: 6:19-cv2419-BHH<br><br>**CONSENT AMENDED SCHEDULING ORDER** |

The Court, having allowed the parties to submit a new Scheduling Order, hereby establishes the following schedule for this case:

1. Written discovery, i.e., interrogatories and requests for production, shall be limited to the new causes of action and completed not later than **July 25, 2020**. The Parties agree that the above deadline shall not prevent a Party from pursuing additional discovery based on later acquired information, whether by agreement or leave of court. All written discovery requests shall be served in time for the responses thereto to be served by this date. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 and have had a telephone conference with Judge Hendricks in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such motion.**

2. The deadline for completion of fact discovery shall be **no later than September 18, 2020**.

3. Plaintiff shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **September 24, 2020**.

4. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information

16184462

required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **October 23, 2020**.

5. All expert discovery, including expert depositions, shall be completed not later than **December 4, 2020.**

6. Mediation shall be completed in this case on or before **December 21, 2020**. See the Mediation Order filed in this case which sets forth mediation requirements.

7. All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12 and those relating to the admissibility of evidence at trial, shall be filed on or before **January 10, 2021**. (Fed. R. Civ. P. 16(b)(3)(A)).

8. This case is subject to being called for trial the later of sixty (60 days after dispositive motions have been resolved or on or after **March 4, 2021**. Once a specific trial date is scheduled, a NOTICE will be issued at that time. The Notice will set forth deadlines for the Fed. R. Civ. P. 26(a)(3) pretrial disclosures and objections, Motions in Limine, Pretrial Briefs and marking of exhibits.

**AND IT IS SO ORDERED:**

s/Bruce Howe Hendricks
Bruce Howe Hendricks
United States District Judge

June 16, 2020

Charleston, South Carolina

16184462